No. 717. CORCORAN *v.* ROYAL DEVELOPMENT CO. December 8, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David M. Palley* for petitioner. *Mr. Harold E. Stonebraker* for respondent.

No. 730. A. B. *v.* C. D. December 8, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Samuel G. Wagner* and *David L. Ullman* for petitioner. *Mr. Thomas Raeburn White* for respondent.

No. 722. DYESS *v.* MILLER. December 8, 1941. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. H. Russell Bishop* and *H. D. Driscoll* for petitioner.

No. 725. CONWAY, TRADING AS CONWAY NEGLIGEES, ET AL. *v.* STONE, TRUSTEE, ET AL. December 8, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *James Conway, pro se. Mr. Frank L. Weil* for respondents.

No. 726. COOK, TRUSTEE, *v.* HANNAH ET AL. December 8, 1941. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Mr. L. W. Powers* for petitioner. *Mr. John E. Mulroney* for respondents.

No. 727. BARBOUR *v.* COMMISSIONER OF INTERNAL REVENUE. December 8, 1941. Petition for writ of certiorari